IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US FOODS, INC., § | | |
|     PLAINTIFF, § | | |
| § | | |
| v. § | | CASE NO. 3:20-CV-3272-K |
| § | | |
| PICASSO'S PIZZA, INC., D/B/A § | | |
| PICASSO'S PIZZA & GRILL, § | | |
|     DEFENDANT. § | | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 22, is **GRANTED IN PART**. Plaintiff is awarded attorneys' fees of $24,448.50 and costs of $400.00, for a total award of $24,848.50.

    SO ORDERED.

    Signed May 10th, 2022.

                                                      *Ed Kinkeade*
                                                      ED KINKEADE
                                                      UNITED STATES DISTRICT JUDGE